Jason C. Gless, Esq.
Nevada Bar No. 8469
**WOOD, SMITH, HENNING & BERMAN LLP**
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644

Attorneys for Defendants/Counterclaimants,
AYS ORGANIZATION, INC; FESTFARE, INC. and
EDU-TREK, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDUTREK, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> AYS ORGANIZATION, INC.; FESTFARE, INC,; and EDU-TREK, INC., <br> Defendants. <br><br> AYS ORGANIZATION, INC.; FESTFARE, INC.; and EDU-TREK, INC., <br><br> Counterclaimants, <br> v. <br><br> EDUTREK, LLC <br><br> Counterdefendant. | Case No. 2:12-cv-1822-GMN-PAL <br><br><br> **ORDER RE REQUEST FOR EXCEPTION TO ATTENDANCE REQUIREMENT AT SETTLEMENT CONFERENCE BY REPRESENTATIVE OF DEFENDANTS' INSURANCE CARRIER** <br><br> DATE:   December 6, 2013 <br> TIME:    9:30 a.m. <br> PLACE:  Lloyd D. George United States Courthouse, Rm 3071 333 Las Vegas Blvd. South, Las Vegas, NV |

The Request for Exception to Attendance Requirement at Settlement Conference by Defendants' Insurance Carrier, and Notice of Availability via Mobile Phone ("Request") ,

**IT IS ORDERED** that the requested is **DENIED** as **MOOT.**

DATED: December 6, 2013

_____
Magistrate Judge

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of November, 2013, I caused a true and correct copy of the foregoing documents to be filed with the Clerk of Court and served on all counsel of record via CM/ECF.


                                 *Dianne Marciano*

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702.251.4100 ♦ FAX 702.251.5405